**PAUL R. NALVEN**
ATTORNEY AT LAW

350 FIFTH AVENUE, SUITE 4022
NEW YORK, NEW YORK 10118
TELEPHONE:  (212) 616 - 5540
FACSIMILE:  (212) 616 - 5543
NALVENLAW@YAHOO.COM

PAUL R. NALVEN
MEMBER OF NEW YORK
AND NEW JERSEY BARS

NEW JERSEY OFFICE

70 SOUTH ORANGE AVENUE, SUITE 145
LIVINGSTON, NEW JERSEY 07039
TELEPHONE:  (973) 655-1000
FACSIMILE:  (973) 992-0431

September 8, 2011

**VIA ECF AND REGULAR MAIL**

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  **United States of America v. Jorge Alberto Rengifo-Lopez**
**06 Cr. 799 (S-2) (BMC)**

Dear Judge Cogan:

I am the attorney for the defendant in the above-referenced matter, JORGE ALBERTO RENGIFO-LOPEZ. This matter is presently scheduled for a status conference before the court on Thursday September 15, 2011 at 11:00 a.m. At the last status conference the government and the defense informed your honor that we were engaged in discussions aimed at a resolution of this matter without a trial. I am requesting an adjournment to finalize these discussions with the government.

I have conferenced this matter with A.U.S.A. Daniel Spector and the government consents to this matter being adjourned. Yesterday I spoke with your honor's Courtroom Deputy Clerk and I was told that an adjourned date convenient to the court would be Wednesday October 5, 2011 at 12:15 p.m.

**PAUL R. NALVEN**

      I therefore request that this case be tentatively adjourned until October 5, 2011 at 12:15 p.m. I also request that the time between Thursday September 15, 2011 and Wednesday October 5, 2011 be excluded from any speedy trial calculation in that this adjournment is designed to facilitate the resolution of this matter without the need for a trial.

      Thank you for your attention and for considering this application.

Respectfully submitted,

*[signature]*

Paul R. Nalven

cc:    A.U.S.A. Daniel Spector
       VIA ECF AND REGULAR MAIL

       Jorge Alberto Rengifo-Lopez
       REGULAR MAIL